| | |
|---|---|
| 1 | AKERMAN SENTERFITT LLP |
| 2 | DONALD M. SCOTTEN (CA SBN 190532)<br>Email: donald.scotten@akerman.com |
| 3 | 725 South Figueroa Street, 38th Floor<br>Los Angeles, California 90017-5433 |
| 4 | Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342 |
| 5 | AKERMAN SENTERFITT LLP |
| 6 | JUSTIN D. BALSER (CA SBN 213478)<br>Email: justin.balser@akerman.com |
| 7 | The Kittredge Building<br>511 Sixteenth Street, Suite 420 |
| 8 | Denver, Colorado 80202<br>Telephone: (303) 260-7712 |
| | Facsimile: (303) 260-7714 |

Attorneys for Defendant
AURORA LOAN SERVICES LLC (incorrectly sued as "Aurora Loan Services, Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GEORGE ALVARA,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, INC. (a Delaware Corporation); HOMEFIELD FINANCIAL, INC. (a California Corporation); QUALITY LOAN SERVICE CORPORATION (a California Corporation), and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-01512 SC<br>Assigned to the Hon. Samuel Conti<br><br>**STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S MOTION TO DISMISS**<br><br>Date: May 29, 2009<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>Complaint Filed: January 23, 2009<br>Trial Date: None |

**TO THE COURT AND THE PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, Defendant Aurora Loan Services LLC (**Aurora**) filed a Motion to Dismiss Plaintiff George Alvara's (**Plaintiff**) Complaint on April 13, 2009;

WHEREAS, Aurora's Motion to Dismiss is fully briefed;

{DN004489;1}1

---

**STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S MOTION TO DISMISS**

| | |
|---|---|
| 1 | WHEREAS, the hearing on Aurora's Motion to Dismiss is scheduled for May 29, 2009; |
| 2 | |
| 3 | WHEREAS, Plaintiff and Aurora (collectively, the **Parties**) agree to waive oral argument on Aurora's Motion to Dismiss and further agree to submit to the Court's ruling on the pleadings already filed, |
| 4 | |
| 5 | |
| 6 | NOW THEREFORE, the Parties hereby stipulate and agree to waive oral argument on Aurora's Motion to Dismiss and to submit to the Court's ruling on the pleadings already filed. |
| 7 | |
| 8 | |

Dated: May 27, 2009                      Respectfully submitted,

**JAMES CURTIS & ASSOCIATES**

By: */s/ James E. Curtis*
    James E. Curtis
Attorneys for Plaintiff
GEORGE ALVARA

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
    Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC

(e-signatures per agreement of counsel)

The Court, having reviewed the Parties' Stipulation to Waive Oral Argument and Submit to the Court's Ruling on the Pleadings, hereby accepts Aurora's submission of its Motion to Dismiss Plaintiff's Complaint for ruling on the pleadings. The May 29, 2009 hearing on Aurora's Motion to Dismiss is hereby **VACATED**.

May 27, 2009                                    _____
                                                             Honorable
                                                             United States District Judge

*IT IS SO ORDERED*
Judge Samuel Conti

{DN004489;1}

---

**STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S MOTION TO DISMISS**

# PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION

STATE OF COLORADO, CITY AND COUNTY OF DENVER

I am employed in the City and County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

On May 26, 2009, I served the following document(s) described as:

**STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES MOTION TO DISMISS**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

James E. Curtis, Esq.
James Curtis and Associates
11801 Pierce Street
Riverside, CA 92505
Email: jamescurtis@msn.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 26, 2009, at Denver, Colorado.

*/s/ Toni M. Domres*
Toni M. Domres

{DN004489;1}3

**PROOF OF SERVICE**